UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

|                  |   |                           |
|------------------|---|---------------------------|
| In Re:           | : |                           |
|                  | : | Case No.:  92-23392-VFP   |
| **BTF CORP.,**   | : |                           |
|                  | : | Chapter 7                 |
|                  | : |                           |
| Debtor(s)        | : |                           |

NOTICE DEPOSITING FUNDS TO THE REGISTRY
OF THE COURT PURSUANT TO FRBP 3010

BARBARA A. EDWARDS, as trustee of the above case, respectfully shows that the following dividends of less than $5.00/unclaimed funds each are hereby submitted to the Registry of the Court pursuant to FRBP 3010:

| CLAIM NO. | CLAIMANT NAME AND ADDRESS | AMOUNT |
|-----------|---------------------------|--------|
| 88 | Ravin Sarasohn<br>103 Eisenhower Parkway<br>Roseland, NJ 07068 | $25,054.18 |
| 89 | State of New York<br>Commissioner of Taxation & Finance<br>PO Box 5300<br>Albany, NY 12205-0300* | $3,023.57 |
| 17 | Congress Ind.<br>179 Goffle Road<br>Hawthorne, NJ 07506 | $26,512.90 |
| 50 | Velourit Processors, Inc.<br>1306 Clinton Avenue<br>Hoboken, NJ 07030-3302 | $11,988.17 |
| 59 | C.W.D. Inc.<br>55 De Voe Place<br>Hackensack, NJ 07601 | $305.65 |
| 67 | Lift Trucks<br>1025 W. Blance Street<br>Linden, NJ 07036-6209 | $2,912.89 |
| **TOTAL** | | **$69,797.36** |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                    :
                                          :     Case No.:  92-23392-VFP
**BTF CORP.,**                            :
                                          :     Chapter 7
                                          :
                        Debtor(s)         :

NOTICE DEPOSITING FUNDS TO THE REGISTRY
OF THE COURT PURSUANT TO FRBP 3010

　　　　BARBARA A. EDWARDS, as trustee of the above case, respectfully shows that the following dividends of less than $5.00/unclaimed funds each are hereby submitted to the Registry of the Court pursuant to FRBP 3010:

| CLAIM NO. | CLAIMANT NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 88 | Ravin Sarasohn<br>103 Eisenhower Parkway<br>Roseland, NJ 07068 | $25,054.18 |
| 89 | State of New York<br>Commissioner of Taxation & Finance<br>PO Box 5300<br>Albany, NY 12205-0300* | $3,023.57 |
| 17 | Congress Ind.<br>179 Goffle Road<br>Hawthorne, NJ 07506 | $26,512.90 |
| 50 | Velourit Processors, Inc.<br>1306 Clinton Avenue<br>Hoboken, NJ 07030-3302 | $11,988.17 |
| 59 | C.W.D. Inc.<br>55 De Voe Place<br>Hackensack, NJ 07601 | $305.65 |
| 67 | Lift Trucks<br>1025 W. Blance Street<br>Linden, NJ 07036-6209 | $2,912.89 |
| **TOTAL** | | **$69,797.36** |

The undersigned attaches hereto checks in the above amounts payable to the U.S. Bankruptcy Court.


/s/ Barbara A. Edwards
Barbara A. Edwards, Trustee


Dated:          July 14, 2015

c:       Office of the US Trustee      (VIA ECF)
         *Above Claimant             USPS REGULAR MAIL
         New addresses for all other creditors could not be located

The undersigned attaches hereto checks in the above amounts payable to the U.S. Bankruptcy Court.


 /s/ Barbara A. Edwards
Barbara A. Edwards, Trustee


Dated:          July 14, 2015

c:       Office of the US Trustee        (VIA ECF)
         *Above Claimant               USPS REGULAR MAIL
         New addresses for all other creditors could not be located