# EXHIBIT A

# LIMITED POWER OF ATTORNEY

Velourit Processors, Inc., ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in its place for the purposes and duration set forth below.

Principal appoints Dale Kennedy of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013 to be its attorney-in-fact to act for it in its name and place, and in any capacity that Principal might act,

**<u>Only</u> to recover cash or cash equivalents <u>specifically arising from the</u> <u>BTF Corp. bankruptcy matter</u> that belong to the Principal**

and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this 8th day of December, 2015.

PRINCIPAL:
Velourit Processors, Inc.
(Tax ID # 45-6695174 )

By: _Dominick J. Viscardi_
    Dominick J. Viscardi
Title: Executor, Estate of
       John Viscardi, Deceased

PRINCIPAL'S ADDRESS:
124 Washington St.
Lodi, NJ 07644

ACKNOWLEDGMENT

STATE OF NEW YORK )
COUNTY OF ESSEX )

Before me, the undersigned a Notary Public, in and for said County and State on this 8th day of December, 2015, personally appeared Dominick J. Viscardi to me known to be the identical person who subscribed his/~~her~~ name to the foregoing instrument, as its Executor and acknowledged to me that he/~~she~~ executed the same as his/~~her~~ free and voluntary act and deed of such ~~corporation~~ estate, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
_____

Notary _Audrey M Provoncha_

AUDREY M. PROVONCHA
Notary Public, State of New York
Qualified in Essex County
Reg. No. 01SA6131943
My Commission Expires August 22, 20 17

William S. Wolfson, Esq., L.L.C.
260 U.S. Highway 202/31
Suite 1100
Flemington, NJ 08822
908 782-9333
wwolfsonlaw@comcast.net
Attorney for Velourit Processors, Inc.
Our File No.: 306.00108

| IN THE MATTER OF<br><br>BTF Corp., Debtor(s) | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>JUDGE: KATHERINE C. FERGUSON<br>CASE NO.: 92-23392<br>CHAPTER 7<br>HEARING DATE:<br><br>**CERTIFICATION BY DOMINICK J. VISCARDI, ESQ. IN SUPPORT OF MOTION TO RELEASE UNCLAIMED FUNDS FROM BANKRUPTCY COURT CLERK'S REGISTRY TO VELOURIT PROCESSORS, INC.** |
|---|---|

Dominick J. Viscardi, being of full age, certifies as follows:

1. I am the Executor of the late John Viscardi (a/k/a John A. Viscardi) pursuant to Letters of Succeeding Executor issued by the Bergen County Surrogate's Court on October 8, 2014 (attached as Exhibit A).

2. Proof of my identity is attachedin the form of my driver's license issued by the State of New York (Exhibit B). My license number has been redacted.

3. I am an Attorney-at-Law of the State of New York.

4. I am personally familiar with the assets of the decedent John Viscardi's estate.

5. I am personally familiar with John Viscardi and his business affairs. John Viscardi was my brother.

6. John Viscardi was the sole officer and shareholder of Velourit Processors, Inc. (hereafter "Velourit").

7. Velourit has been an inactive corporation for many years.

8. As the Executor of Velourit's sole shareholder, I am authorized to act for him and on behalf of Velourit to grant a Limited Power of Attorney to Dale Kennedy of American Property Locators for the purpose of recovering funds in the Registry of the Clerk for the United States Bankruptcy Court for the District of New Jersey from the BTF Corp. debtor estate.

9. I ratify my signature on the Limited Power of Attorney dated December 8, 2015 attached to these moving papers.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, that I am subject to punishment.

Dated: January 8, 2016                    /s/Dominick J. Viscardi
                                          Dominick J. Viscardi

# EXHIBIT A

| Docket No.: 2012-0135 | Microfilm No.: M-255273 |
|---|---|

# State of New Jersey
# Bergen County Surrogate's Court

In the matter of the Estate of:

**John A. Viscardi, Deceased**

AKA: John Anthony Viscardi

} **LETTERS OF SUCCEEDING EXECUTOR**

I, **Michael R. Dressler**, do hereby **certify** the annexed to be a true copy of the Last Will and Testament having no codicils of the above named decedent, late of the County of Bergen and the State of New Jersey, admitted to Probate on January 11, 2012, and on October 8, 2014, Letters Testamentary were issued to the Succeeding Executor(s): **Dominick J. Viscardi**, who is/are duly authorized to take upon himself/herself/itself/themselves the administration of the estate of said testator agreeably to the said Last Will and Testament having no codicils.



**DO NOT ACCEPT WITHOUT RAISED SEAL**

WITNESS my hand and seal of office on:

October 8, 2014

_____
Michael R. Dressler, Surrogate

A5S1197

Page 1 of 1

# EXHIBIT B

Case 92-23392-SLM    Doc 420-2    Filed 01/18/16    Entered 01/18/16 13:34:00    Desc
Exhibit    Page 7 of 8

**DOMINICK J. VISCARDI, ESQ.**
Attorney at Law
Viscardi Howe & Rudgers LLP
15 Father Jogues Place
Ticonderoga, NY 12883

(518) 585-6737    (518) 585-3572 fax
viscardi20@hotmail.com

